UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN FREY, | No. 2:14-cv-2317 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| MARK SMITHEY, et al., | |
| Defendants. | |

Defendants, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 8, 2014, the magistrate judge filed findings and recommendations herein which were served on Defendants and which contained notice to Defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 8, 2014, are adopted in full; and

/////

/////

1

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Stanislaus, Modesto Division.

Dated: November 5, 2014

_____
Troy L. Nunley
United States District Judge